DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AL ELDREDGE,** Individually, and **SOUTH FLORIDA EXPEDITIONS, INC.,**
Appellants,

v.

**CATHY SMITH,** as a shareholder and board of director and as for the right, use, and benefit of **DANIEL R. SMITH & ASSOCIATES, INC.; CHRISTI COPPOLA,** Individually; **NILS NELSON,** Individually; **SCOTT SMITH,** Individually; **ROY BROEKHOFF,** Individually; **SAVAGE MARINE LTD.; MAST PRODUCTS; EDROY USA, INC.;** and **MARINE LIGHTING SYSTEMS, LLC,**
Appellees.

No. 4D18-3641

[December 5, 2019]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Peter D. Blanc, Judge; L.T. Case No. 50-2010-CA-016887-XXXXMB.

Randall Burks and Robin Bresky of the Law Offices of Robin Bresky, Boca Raton, for appellants.

Adam M. Myron, Gerald F. Richman and Nathaniel M. Edenfield of Day Pitney / Richman Greer, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***